UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 24-CV-20510-RAR

YMS YACHT MANAGEMENT SERVICES, LLC,

        Plaintiff,
vs.

M/Y YACHTOOMA, a 2017 68' PRESTIGE Motor Yacht, Bearing USCG Official Number 1275849, Her Tenders, Engines, Generators, Tackle, Contents and Appurtenances, *in rem*, and JEFFREY YATOOMA, *in personam*,

        Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

The Defendants, M/Y YACHTOOMA, *in rem*, and JEFFREY YATOOMA, by and through their undersigned counsel and pursuant to this Court's Order [ECF No.17], hereby file their Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a. YMS Yacht Management Services, Inc.

    b. YMS Yacht Management, LLC

    c. Yacht Management Services, LLC

    d. Yacht Management Services FL, LLC

CASE NO. 24-CV-20510-RAR
PAGE 2

    e.  YMS Yacht Management Services, LLC

    f.  Jared Hassut

    g.  Jeffrey Yatooma

    h.  Nicolle DeRosa

    i.  John McCormack

    j.  Advanced Marine Group

    k.  Axtron Marine Service

    l.  JAS Marine Service, Inc.

    m.  Fertig & Gramling

    n.  Andrew Mescolotto, Esq.

    o.  Alexander P. Koffler, Esq.

    p.  Horr, Skipp & Perez, P.A.

    q.  Jonathan W. Skipp, Esq.

    r.  Jordan Greenberg, Esq.

    s.  Joelson Rosenberg PLC

    t.  Jason C. Yert, Esq.

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings;

None

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

CASE NO. 24-CV-20510-RAR
PAGE 3

N/A

4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

This is a civil action and counterclaim regarding the parties' duties and obligations under a yacht management agreement, so both the Plaintiff and Defendants are seeking damages.

Respectfully submitted,

*/s/ Jonathan W. Skipp*
**Jonathan W. Skipp**
Florida Bar No. 710570
jskipp@admiral-law.com
HORR, SKIPP & PEREZ, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
Attorneys for Defendants

CASE NO. 24-CV-20510-RAR<br>
PAGE 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2024, the foregoing document was filed and served via the CM/ECF system on Andrew N. Mescolotto, Esq., anm@fertig.com, and Alexander P. Koffler, Esq., alexander.koffler@fertig.com, Fertig & Gramling, 200 S.E. 13th Street, Fort Lauderdale, FL 33316, Counsel for Plaintiff.

    /s/    *Jonathan W. Skipp*
    **Jonathan W. Skipp**
    Florida Bar No. 710570